IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| KAYODE R. QUADRI,<br><br>               Plaintiff,<br><br>v.<br><br>JAMES STANLEY et al.,<br><br>               Defendants. | **MEMORANDUM DECISION<br>& DISMISSAL ORDER**<br><br>Case No. 4:20-CV-7 DN<br><br>District Judge David Nuffer |

      Plaintiff has not responded to the Court's April 22, 2020, Order to within thirty days show cause why his case should not be dismissed for failure to comply with the Court's order to submit an initial partial filing fee. (ECF No. 8.) Indeed, the Order to Show Cause was returned to sender, marked, "ATTEMPTED – NOT KNOWN UNABLE TO FORWARD." (ECF No. 9, at 3.) And, Plaintiff has not since updated his address with the Court as required. *See* D. Utah Civ. R. 83-1.3(e) ("In all cases, counsel and parties appearing *pro se* must notify the clerk's office immediately of any change in address, email address, or telephone number.").

      Accordingly, IT IS ORDERED that--for failure to obey the Court's order and to prosecute this case--Plaintiff's action is DISMISSED without prejudice. *See* DUCivR 41-2. This action is CLOSED.

      DATED this 19th day of August, 2020.

BY THE COURT:

_____
DAVID NUFFER
United States District Judge